# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIYA SAKARIS,<br><br>        Plaintiff,<br><br>  vs.<br><br>TARGET CORPORATION; and DOES 1 THROUGH 100, inclusive,<br><br>        Defendants. | Case No: 8:21-cv-00719-JLS-DFM<br><br>**ORDER FOR DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE** |

Pursuant to the stipulation of Plaintiff Kiya Sakaris and Defendant Target Corporation (Doc. 19), the entire action is hereby dismissed with prejudice, with each side bearing its own attorneys' fees and costs.

IT IS SO ORDERED

Dated: October 25, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE